STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG - 9 2000

at 10 o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00322 SOM |
| Plaintiff, ) | INDICTMENT |
| vs. ) | [8 U.S.C. § 1324(a)(2)] |
| TAKANORI HOMMA, ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about June 15, 1998, in the District of Hawaii, the defendant, TAKANORI HOMMA, for the purpose of commercial advantage or private financial gain, brought and attempted to bring an alien, namely "Ikuko K.," to the United States, knowing and in reckless disregard of the fact that the alien had not received prior official authorization to come in, enter, and reside in the United States.

All in violation of Title 8, United States Code, Section 1324(a)(2).

DATED: August 9th, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/

---
FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES V. TAKANORI HOMMA
Cr. No. _____
"Indictment"