STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 27 2000

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00322 SOM |
| ) | |
| Plaintiff, ) | SUPERSEDING INDICTMENT |
| ) | |
| vs. ) | [8 U.S.C. §§ 1324(a)(1)(A)(v); |
| ) | 1324(a)(2)] |
| TAKANORI HOMMA, ) | |
| ) | |
| Defendant. ) | |

ATTEST: A True Copy

WALTER A.Y.H. CHINN
Clerk, United States District
Court, District of Hawaii

SUPERSEDING INDICTMENT

Count 1

The Grand Jury charges:

1. From at least as early as November, 1997 until June, 2000, the Defendant, TAKANORI HOMMA, conspired with persons known and unknown to the grand jury to encourage and induce aliens to come, to enter and reside in the United States knowing and in reckless disregard of the fact that such coming to, entry and residence would be in violation of law.

## Manner and Means

2. It was part of the manner and means of the conspiracy that members of the conspiracy would provide false documents to Chinese nationals who were interested in being smuggled to the United States (hereinafter "smugglees").

3. It was part of the manner and means of the conspiracy that members of the conspiracy would accompany the smugglees to the United States to assist them in entering the United States.

## Overt Acts

5. On or about November 29, 1997, the Defendant TAKANORI HOMMA and a person using the name "Tomoko T." flew from London to Dallas on British Airways flight #2193. The Defendant filled out an I-94 visa waiver in the name "Tomoko T."

6. On or about December 21, 1997, the Defendant TAKANORI HOMMA accompanied a person using a forged Japanese passport in the name "Miho S." from Dubai to Manchester, England. Defendant advised British immigration that the person using the forged "Miho S." passport was his girlfriend.

7. On or about June 15, 1998, the Defendant TAKANORI HOMMA accompanied a person traveling under the name "Ikuko K." from Tokyo to Honolulu on China Airlines flight #18. Defendant filled out the I-94 W form for the person traveling under the name "Ikuko K."

8. On or about January 24, 2000, the Defendant TAKANORI HOMMA and a co-conspirator checked in for KLM flight

#808 from Manila to Amsterdam to Manchester. When the flight refueled in Kuala Lumpur, Defendant TAKANORI HOMMA and a co-conspirator switched boarding passes with two PROC nationals.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v).

### Count 2

The Grand Jury further charges:

On or about June 15, 1998, in the District of Hawaii, the Defendant, TAKANORI HOMMA, for the purpose of commercial advantage or private financial gain, brought and attempted to bring an alien, namely "Ikuko K.," to the United States, knowing and in reckless disregard of the fact that the alien had not received prior official authorization to come to, enter, and reside in the United States.

//
//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 8, United States Code, Section 1324(a)(2).

DATED: September 27, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES V. TAKANORI HOMMA
Cr. No. 00-00322 SOM
"Superseding Indictment"

4